# Exhibit 2

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
| claim 1.1 A computer-based method of facilitating training in a computer-based neural network, the method comprising: | As highlighted below, Deepgram Speech-to-Text is a computer-based AI platform/API for facilitating training/inference of neural models based neural networks to output transcripts in production/real time.<br><br>**Product Related Information Below:**<br><br><br><br>https://deepgram.com/product/speech-to-text |

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
|  | **Section 3: Current STT Models** <br><br> The speech-to-text (STT) landscape is abuzz with models that push the boundaries of what's possible in voice recognition. From the pioneering Hidden Markov Models (HMMs) to sophisticated Recurrent Neural Networks (RNNs) and groundbreaking Transformers, these frameworks form the backbone of how machines interpret our spoken words. The journey from audio waves to written text is a complex one, and each model brings its strengths to the table. <br><br> • **Hidden Markov Models (HMMs):** HMMs have long been the standard in STT, relying on statistical models to predict the probability of sequences of sounds. In environments where speech is clear and noise levels are minimal, HMMs perform with commendable accuracy. Yet, they may stumble in more dynamic settings. <br><br> • **Recurrent Neural Networks (RNNs):** RNNs, particularly those employing Long Short-Term Memory (LSTM) units, excel at capturing context from audio data. Their design enables them to remember long-term dependencies, making them well-suited for tasks like transcribing conversations where context is key. <br><br> • **Defining AI in STT:** At the intersection of STT and AI lies a dynamic duo—machine learning and deep learning models. These models continuously learn and improve, absorbing the subtleties of human language through exposure to a diverse range of speech patterns. |

2

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
| | Each model processes speech data in a unique way, but it's the end-to-end deep learning models that have truly accelerated STT's accuracy and speed. These models operate without needing to segment speech into phonemes or words, instead directly mapping speech audio to text.<br><br>The training of these models wouldn't be possible without big data. Massive datasets have become the fuel for training STT algorithms, allowing them to learn from a diverse array of voices, dialects, and accents. However, this reliance on big data raises ethical considerations, particularly around the collection and use of personal data without compromising privacy.<br><br>https://deepgram.com/ai-glossary/speech-to-text-models |
| claim 1.2 receiving an electrical input signal at a neuron in the computer-based neural network that comprises a plurality of neuron layers; | As highlighted below, Deepgram Speech-to-Text is a computer-based AI platform/API that performs real-time speech-to-text processing by utilizing neural networks (plurality of neuron layers to process input data).<br><br>**Product Related Information Below:**<br>In conclusion, speech-to-text (STT) technology has evolved remarkably from its rudimentary beginnings to become a cornerstone of modern communication, enhancing accessibility and driving innovation across countless industries. As we've explored, the integration of artificial intelligence (AI) into STT systems has led to unprecedented improvements in accuracy, speed, and adaptability, allowing for more natural and efficient interactions with technology. The use of sophisticated models like Hidden Markov Models, Recurrent Neural Networks, and Transformers, alongside the constant influx of big data, continues to refine the STT experience.<br><br>https://deepgram.com/ai-glossary/speech-to-text-models |

3

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
| | • **Recurrent Neural Networks (RNNs)**: For sequential data analysis—like language processing or time series prediction—RNNs demonstrate unparalleled aptitude. Neurons in RNNs possess a unique feature: memory. Unlike neurons in CNNs, which process input independently, neurons in RNNs retain information from previous inputs. This memory allows the network to understand context and sequence, crucial for tasks such as predicting the next word in a sentence or forecasting stock market trends. Each neuron contributes to a loop of information flow, where the output from one step becomes part of the input for the next. This continuous loop enables RNNs to process sequences of variable lengths, making them ideal for applications ranging from speech recognition to dynamic text generation. |

4

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
| | • **Input Layer**: The gateway for data to enter the neural network. Each neuron in this layer represents a unique input feature, such as a pixel value in an image or a word in a sentence. The main function of the input layer is to distribute the incoming data to the hidden layers without altering it. Think of it as the front door through which data steps into the complex world of the neural network.<br><br>• **Hidden Layers**: The core of the neural network where the actual processing happens. Hidden layers can vary in number and are composed of neurons that perform computations and transformations on the data received from the input layer. These layers are where the network detects patterns, makes connections, and learns from the data. The more hidden layers (or the deeper the network), the more complex the patterns the network can learn. However, it's a balancing act; too many layers can lead to overfitting, where the model learns the training data too well, including its noise and outliers.<br><br>• **Output Layer**: The final layer that produces the network's predictions or classifications. The number of neurons in this layer corresponds to the number of output labels or desired outcomes the model is designed to predict. For instance, in a binary classification problem, the output layer may consist of a single neuron that predicts one of two classes. In a multi-class classification task, there could be multiple neurons, each representing a potential class.<br><br>• **Fundamental Structure**: Just as a biological neuron receives, processes, and transmits information, an artificial neuron receives input data, processes it through a mathematical function — known as an activation function — and produces an output. This parallel between biological and artificial neurons highlights the foundational role of neurons in bridging the gap between human cognition and machine learning.<br><br>https://deepgram.com/ai-glossary/machine-learning-neuron |
| claim 1.3 applying a first non-linear transform to the input | As highlighted below, Deepgram's Transformer explanation explicitly discloses a **non-linear transform (ReLU)** applied between linear layers, producing intermediate activation outputs (reasonable mapping to the claimed "plain signal"). |

5

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
| signal at the neuron to produce a plain signal; | **Product Related Information Below:**<br><br>In conclusion, speech-to-text (STT) technology has evolved remarkably from its rudimentary beginnings to become a cornerstone of modern communication, enhancing accessibility and driving innovation across countless industries. As we've explored, the integration of artificial intelligence (AI) into STT systems has led to unprecedented improvements in accuracy, speed, and adaptability, allowing for more natural and efficient interactions with technology. The use of sophisticated models like Hidden Markov Models, Recurrent Neural Networks, and Transformers, alongside the constant influx of big data, continues to refine the STT experience.<br><br>https://deepgram.com/ai-glossary/speech-to-text-models<br><br>• **Fundamental Structure**: Just as a biological neuron receives, processes, and transmits information, an artificial neuron receives input data, processes it through a mathematical function — known as an activation function — and produces an output. This parallel between biological and artificial neurons highlights the foundational role of neurons in bridging the gap between human cognition and machine learning.<br><br>• **Fundamental Structure**: Just as a biological neuron receives, processes, and transmits information, an artificial neuron receives input data, processes it through a mathematical function — known as an activation function — and produces an output. This parallel between biological and artificial neurons highlights the foundational role of neurons in bridging the gap between human cognition and machine learning. |

6

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
| | • **Activation Function**: The choice of activation function within a neuron is crucial. It determines how the neuron processes input data — essentially deciding whether the neuron will 'fire' or activate. This activation introduces non-linearity into the model, a key feature that enables neural networks to learn and model complex patterns beyond simple linear relationships.<br><br>• **Variety of Functions for Different Tasks**: The beauty of activation functions lies in their diversity. Functions such as Sigmoid, ReLU (Rectified Linear Unit), and Tanh (Hyperbolic Tangent) each have their own strengths and applications. For instance, ReLU is celebrated for its efficiency and simplicity, often enabling faster convergence in deep learning networks, while Tanh and Sigmoid are prized in scenarios where it's beneficial to have a smooth gradient or outputs that range between -1 and 1, or 0 and 1, respectively.<br><br>https://deepgram.com/ai-glossary/machine-learning-neuron<br><br>• **Enhancing Speech Recognition Systems**: Beyond image processing, ReLU has found applications in speech recognition, where the clarity and distinctness of signal processing are paramount. Here, ReLU's attributes help in building neural networks that can more effectively model the temporal and acoustic variability found in human speech, leading to systems that understand and process spoken language more accurately.<br><br>https://deepgram.com/ai-glossary/rectified-linear-unit-relu |
| claim 1.4 applying a second non-linear transform to the input signal at a first gate in the neuron to produce a transform signal; | As highlighted below, Deepgram Speech-to-Text platform describes the utilizations of input data transformations under deep learning process of RNN. Also discloses the usage of activation function that inherently uses gate mechanism to produce a transform signals.<br><br>**Product Related Information Below:** |

7

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
|  | In conclusion, speech-to-text (STT) technology has evolved remarkably from its rudimentary beginnings to become a cornerstone of modern communication, enhancing accessibility and driving innovation across countless industries. As we've explored, the integration of artificial intelligence (AI) into STT systems has led to unprecedented improvements in accuracy, speed, and adaptability, allowing for more natural and efficient interactions with technology. The use of sophisticated models like Hidden Markov Models, Recurrent Neural Networks, and Transformers, alongside the constant influx of big data, continues to refine the STT experience. https://deepgram.com/ai-glossary/speech-to-text-models<br><br>• **Data Processing and Transformation**: At its essence, a neuron in machine learning receives input data, processes it through a weighted sum followed by an activation function, and produces an output. This output then serves as input for subsequent neurons. This cascade of processing and transformation underpins the neural network's ability to learn from data, making neurons the fundamental units of computation in machine learning models.<br>• **Variety of Functions for Different Tasks**: The beauty of activation functions lies in their diversity. Functions such as Sigmoid, ReLU (Rectified Linear Unit), and Tanh (Hyperbolic Tangent) each have their own strengths and applications. For instance, ReLU is celebrated for its efficiency and simplicity, often enabling faster convergence in deep learning networks, while Tanh and Sigmoid are prized in scenarios where it's beneficial to have a smooth gradient or outputs that range between -1 and 1, or 0 and 1, respectively.<br>https://deepgram.com/ai-glossary/machine-learning-neuron |

8

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
| | **Transformers**: A newer entrant, Transformers have revolutionized STT with their attention mechanisms, which allow them to weigh the importance of different parts of the input data. This model thrives in real-time transcription scenarios due to its ability to process entire sentences and even paragraphs simultaneously. Deepgram is a Transformer-based STT model.<br><br>https://deepgram.com/ai-glossary/speech-to-text-models\ |
| claim 1.5 applying a third non-linear transform to the input signal at a second gate in the neuron to produce a carry signal; and | As highlighted below, Deepgram's Speech-to-Text architecture incorporates non-linear transformation mechanisms and gated neural processing structures. These disclosures reasonably indicate the application of an additional non-linear transform to the input signal at a secondary gating stage within the neuron, thereby generating a carry signal that modulates signal propagation through the network.<br><br>**Product Related Information Below:**<br><br>**Transformers**: A newer entrant, Transformers have revolutionized STT with their attention mechanisms, which allow them to weigh the importance of different parts of the input data. This model thrives in real-time transcription scenarios due to its ability to process entire sentences and even paragraphs simultaneously. Deepgram is a Transformer-based STT model.<br><br>g<br>https://deepgram.com/ai-glossary/speech-to-text-models\ |

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
| | **Audio Signal Processing** <br><br> The application of GRUs extends into the auditory spectrum as they process and make sense of audio data. <br><br> • Speech Recognition: When it comes to converting spoken words into text, GRUs have shown great promise. They can capture the temporal dependencies of spoken language, which is essential for recognizing words and phrases over stretches of audio where timing and emphasis can alter meaning. <br><br> **Section 1: What is a Gated Recurrent Unit?** <br><br> In the ever-evolving field of artificial intelligence, the Gated Recurrent Unit (GRU) stands out as a remarkable innovation designed to process sequences of data with heightened efficiency. Here's what you need to know about GRU: <br><br> • Comparison with LSTM: While it shares a common goal with the Long Short-Term Memory (LSTM) unit—another popular RNN variant—the GRU streamlines the structure by combining certain gates and operations, resulting in a less complex model that often performs comparably to its more intricate sibling. |

10

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
| | **The Dual-Gate Mechanism**<br><br>At the heart of GRU's architecture are two types of gates: the Reset gate and the Update gate. Both serve as critical regulators in the system:<br><br>• Reset gate: This gate determines how much of the past information to forget. When the reset gate's activation is near zero, it allows the model to drop irrelevant information from the past, effectively resetting the memory of the unit.<br><br>• Update gate: Acting as a controller for how much of the past information will carry over to the current state, the update gate balances the retention of old and new information. It decides whether the new input is significant enough to warrant a significant update to the current state.<br><br>https://deepgram.com/ai-glossary/gated-recurrent-unit |
| claim 1.6 calculating a weighted sum of a non-transformed first component of the input signal and the plain signal at the neuron, wherein calculating the weighted sum of the non-transformed first component of the input signal and the plain signal comprises: | As highlighted below, Deepgram's machine learning neuron model inherently performs a weighted summation of input components prior to activation. This intrinsic operation matches the claim element's requirement of:<br>calculating a weighted sum of a non-transformed first component of the input signal and the plain signal at the neuron.<br>Further, Deepgram's transformer-based speech-to-text architecture incorporates residual (skip) connections that propagate the original input signal forward without additional nonlinear transformation. This residual pathway constitutes a non-transformed first component of the input signal that is combined with the transformed signal within the neural layer.<br><br>**Product Related Information Below:** |

11

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
| | **Artificial Neurons**: In machine learning, an artificial neuron mimics the function of its biological counterpart. It receives multiple input signals (akin to the dendrites), which are then processed to generate an output. This processing involves weighting the inputs, summing them up, and applying an activation function to determine the output signal. The artificial neuron's design, as highlighted by Amazon AWS, incorporates these steps to enable machines to learn from data, recognize patterns, and make decisions. |
| | **Receiving Input**: Initially, an artificial neuron receives input data, which could be from external sources or from the output of other neurons in a neural network. This input is analogous to the electrical signals received by the dendrites of a biological neuron. |
| | **Weighted Sum**: Each input to the neuron is assigned a weight, reflecting its relative importance in the decision-making process. The neuron then computes a weighted sum of these inputs, a critical step where the contributions of all inputs are amalgamated into a single value. This weighted sum is akin to the integration of signals in a biological neuron's cell body. |
| | https://deepgram.com/ai-glossary/machine-learning-neuron |
| | **Transformers**: A newer entrant, Transformers have revolutionized STT with their attention mechanisms, which allow them to weigh the importance of different parts of the input data. This model thrives in real-time transcription scenarios due to its ability to process entire sentences and even paragraphs simultaneously. Deepgram is a Transformer-based STT model. |
| | https://deepgram.com/ai-glossary/speech-to-text-models |

12

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
| | The layer normalization component also has a residual connection, which allows the input to be directly added to the output of the normalization layer. This residual connection helps to improve the flow of gradients through the model during training, which can further improve the stability and speed of training.<br><br>https://deepgram.com/learn/visualizing-and-explaining-transformer-models-from-the-ground-up |
| claim 1.7 calculating, with at least one computer-based multiplier, a product of the plain signal and the transform signal to produce a weighted plain signal; | As highlighted below, Deepgram explains that transformer inputs are "multiplied with a weight matrix" and that embeddings are generated via "multiplication of the input vectors and a weight matrix," inferring a computer-implemented product of an input (plain signal) with a learned weight parameter (transform signal) to produce a weighted signal.<br><br>**Product Related Information Below:**<br><br>• **Receiving Input**: Initially, an artificial neuron receives input data, which could be from external sources or from the output of other neurons in a neural network. This input is analogous to the electrical signals received by the dendrites of a biological neuron.<br><br>• **Weighted Sum**: Each input to the neuron is assigned a weight, reflecting its relative importance in the decision-making process. The neuron then computes a weighted sum of these inputs, a critical step where the contributions of all inputs are amalgamated into a single value. This weighted sum is akin to the integration of signals in a biological neuron's cell body. |

13

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
| | **Adding Bias**: To the weighted sum, a bias term is added. This bias acts as a threshold; for a neuron to fire (or activate), the combined input (weighted sum plus bias) must exceed this threshold. The inclusion of the bias term allows the neuron to be more flexible, enabling it to better fit the data during the training process. |
| | **Applying Activation Function**: The combined input (weighted sum plus bias) is then passed through an activation function. This step is pivotal as it introduces non-linearity into the neuron's output, allowing the neural network to capture and model complex patterns in the data. The activation function determines whether and to what extent the neuron will activate, influencing the signal (output) that it sends to subsequent neurons or as a final output. |
| | **Producing Output**: The final step is the output generation, where the neuron's activation level is outputted. This output can serve as an input to neurons in the next layer of the neural network, contributing to the network's overall response to the initial inputs. |
| | https://deepgram.com/ai-glossary/machine-learning-neuron |
| | **Transformers**: A newer entrant, Transformers have revolutionized STT with their attention mechanisms, which allow them to weigh the importance of different parts of the input data. This model thrives in real-time transcription scenarios due to its ability to process entire sentences and even paragraphs simultaneously. Deepgram is a Transformer-based STT model. |
| | https://deepgram.com/ai-glossary/speech-to-text-models |

14

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
| | Word embeddings can be viewed as a lookup table that maps input, one-hot-encoded vectors to a lower dimensional space of shape (length of sequence, d_model). This dimensionality reduction is achieved through the multiplication of the input vectors and a weight matrix. These embeddings are able to capture dependencies between words and provide contextual information. A common illustration of this is to subtract the embedding vector of "man" from "king" and obtain a vector similar to the embedding vector of "queen," implying the inherent relation between the three words.<br><br><br><br>https://deepgram.com/learn/visualizing-and-explaining-transformer-models-from-the-ground-up |
| claim 1.8 calculating, with the at least one computer-based multiplier, a product of the non-transformed first component of the input signal and the carry signal to produce a weighted input signal component; and | As highlighted below, Deepgram technical materials describe neural network architectures in which input signals are multiplied by learned parameters (weights) prior to further processing.<br><br>**Product Related Information Below:** |

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
|  | Word embeddings can be viewed as a lookup table that maps input, one-hot-encoded vectors to a lower dimensional space of shape (length of sequence, d_model). This dimensionality reduction is achieved through the multiplication of the input vectors and a weight matrix. These embeddings are able to capture dependencies between words and provide contextual information. A common illustration of this is to subtract the embedding vector of "man" from "king" and obtain a vector similar to the embedding vector of "queen," implying the inherent relation between the three words. https://deepgram.com/learn/visualizing-and-explaining-transformer-models-from-the-ground-up |

16

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
| | Under the hood of a GRU, a series of mathematical equations govern the behavior of these gates and the unit's hidden state: |

**Latex**

The reset gate is computed as $r_t = \sigma(W_r \cdot [h_{t-1}, x_t] + b_r)$, where $\sigma$ is the sigmoid function, $W_r$ is the weight matrix for the reset gate, $b_r$ is the bias term, $h_{t-1}$ is the previous hidden state, and $x_t$ is the current input.

The update gate uses a similar formula: $z_t = \sigma(W_z \cdot [h_{t-1}, x_t] + b_z)$.

The current hidden state $( h_t )$ is then updated with $h_t = z_t \ast h_{t-1} + (1 - z_t) \ast \tilde{h}_t$, where $\ast$ denotes element-wise multiplication, and $\tilde{h}_t$ is the candidate hidden state calculated with $\tilde{h}t = \tanh(W \cdot [r_t \ast h\{t-1\}, x_t] + b)$.

These equations enable GRUs to manage the flow of information through the network, allowing for effective learning from data where temporal relationships are key.

https://deepgram.com/ai-glossary/gated-recurrent-unit

17

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
| claim 1.9 adding the weighted plain signal to the weighted input signal component to produce the weighted sum. | As highlighted below, Deepgram technical materials describe neural network architectures in adding the weighted sum of the input signals with the bias function to produce weighted sum.<br><br>**Product Related Information Below:**<br><br>• **Receiving Input**: Initially, an artificial neuron receives input data, which could be from external sources or from the output of other neurons in a neural network. This input is analogous to the electrical signals received by the dendrites of a biological neuron.<br><br>• **Weighted Sum**: Each input to the neuron is assigned a weight, reflecting its relative importance in the decision-making process. The neuron then computes a weighted sum of these inputs, a critical step where the contributions of all inputs are amalgamated into a single value. This weighted sum is akin to the integration of signals in a biological neuron's cell body. |

18

| U.S. Patent No. 1,098,4320 B2 [Claim] | Deepgram (Voice AI Voice AI STT/TTS/ APIs) [Relevant Text / Images] |
|---|---|
| | • **Adding Bias**: To the weighted sum, a bias term is added. This bias acts as a threshold; for a neuron to fire (or activate), the combined input (weighted sum plus bias) must exceed this threshold. The inclusion of the bias term allows the neuron to be more flexible, enabling it to better fit the data during the training process.<br><br>• **Applying Activation Function**: The combined input (weighted sum plus bias) is then passed through an activation function. This step is pivotal as it introduces non-linearity into the neuron's output, allowing the neural network to capture and model complex patterns in the data. The activation function determines whether and to what extent the neuron will activate, influencing the signal (output) that it sends to subsequent neurons or as a final output.<br><br>• **Producing Output**: The final step is the output generation, where the neuron's activation level is outputted. This output can serve as an input to neurons in the next layer of the neural network, contributing to the network's overall response to the initial inputs.<br><br>https://deepgram.com/ai-glossary/machine-learning-neuron |

19